# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas E. Wahl<br>Debtor | BK NO. 18-01124 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as servicer for HomeBridge Financial Services, Inc. and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594