```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 18-01124-HWV
Douglas E Wahl                                                Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin                Page 1 of 1          Date Rcvd: Jun 25, 2018
                              Form ID: fnldecac          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
db          +Douglas E Wahl,    45 Northcrest Drive,    York Haven, PA 17370-9271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Douglas E Wahl Mtravislaw@comcast.net
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Douglas E Wahl,  
    **Debtor 1**

Chapter 7

Case No.     1:18–bk–01124–HWV

Social Security No.:  
    xxx–xx–7109

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 22, 2018

BY THE COURT  
By the Court,

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)